The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY TAYLOR and ROBERT SELWAY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:24-cv-00169-MJP

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING AMAZON.COM, INC.'S DEADLINE TO RESPOND TO COMPLAINT

*Note on Motion Calendar:*
*February 23, 2024*

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), and Federal Rules of Civil Procedure 6 and 12, the parties stipulate and agree as follows:

1. Plaintiffs Jeffrey Taylor and Robert Selway ("Plaintiffs") filed their putative Class Action Complaint and Jury Demand with the Court on February 8, 2024;

2. Plaintiffs served Defendant Amazon.com, Inc. ("Amazon") with the Summons and Complaint on February 13, 2024;

3. Counsel for Plaintiffs and Amazon have conferred and stipulate (subject to the Court's approval) to extend until April 10, 2024, the deadline for Amazon to respond to the Complaint;

STIPULATED MOTION AND ORDER RE: DEADLINE
TO RESPOND TO COMPLAINT (No. 2:24-cv-00169-MJP) - 1

4.   The parties have not sought or obtained any prior extensions of time in this matter, and there are no other pending deadlines or case event dates that will be impacted by this stipulated extension.

IT IS SO STIPULATED.

DATED this 23rd day of February, 2024.

DAVIS WRIGHT TREMAINE LLP

By /s/ *John Goldmark*
John Goldmark, WSBA #40980
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8136
Email: JohnGoldmark@dwt.com

*Attorney for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Barbara A. Mahoney*
Steve W. Berman, WSBA #12536
Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER RE: DEADLINE
TO RESPOND TO COMPLAINT (No. 2:24-cv-00169-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

Based on the foregoing, the Court GRANTS the Parties' stipulated motion and extends Amazon's deadline to respond to the Complaint to April 10, 2024.

IT IS SO ORDERED this ___ day of February, 2024.

____________________________________________
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax