The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY TAYLOR and ROBERT SELWAY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a corporation,<br><br>　　　　　　　　Defendant. | No. 2:24-cv-00169-MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING AMAZON'S DEADLINE TO RESPOND TO AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: August 13, 2024 |

STIPULATED MOTION AND [PROPOSED] ORDER RE: DEADLINE
TO RESPOND TO AMENDED COMPLAINT (2:24-cv-00169-MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties stipulate and agree as follows:

1. Plaintiffs Jeffrey Taylor and Robert Selway filed their Amended Complaint on August 7, 2024, Dkt. 35;

2. Defendant Amazon.com, Inc.'s current deadline to respond to the Amended Complaint is August 21, 2024. Amazon intends to move to dismiss the Amended Complaint.

3. Counsel for Plaintiffs and Amazon have conferred and jointly request that the Court issue the following briefing schedule for Amazon's anticipated motion to dismiss:

- Amazon's motion to dismiss is due September 18, 2024;
- Plaintiffs' opposition to Amazon's motion to dismiss is due October 18, 2024; and
- Amazon's reply is due November 8, 2024.

4. There are no other pending deadlines or case event dates that will be impacted by this stipulated extension.

SO STIPULATED this 13th day of August, 2024.

DAVIS WRIGHT TREMAINE LLP

By *s/John Goldmark*
John Goldmark, WSBA #40980
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: johngoldmark@dwt.com

WILLIAMS & CONNOLLY LLP

John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Jenny N. Wheeler (*pro hac vice*)
680 Maine Avenue SW
Washington, D.C. 20024
Telephone: 202-434-5000
Email: jschmidtlein@wc.com
Email: khodges@wc.com
Email: cmetz@wc.com
Email: jwheeler@wc.com

STIPULATED MOTION AND [PROPOSED] ORDER RE: DEADLINE TO RESPOND TO AMENDED COMPLAINT (2:24-cv-00169-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | Karen L. Dunn (*pro hac vice* pending*)*<br>William A. Isaacson (*pro hac vice* pending*)*<br>Amy J. Mauser (*pro hac vice*) |
| 4 | 2001 K Street, NW<br>Washington, D.C. |
| 5 | Telephone:  202-223-7300<br>Email:  kdunn@paulweiss.com |
| 6 | Email:  wisaacson@paulweiss.com<br>Email:  amauser@paulweiss.com |
| 7 | Email:  ksmith@paulweiss.com |
| 8 | Meredith Dearborn (*pro hac vice*) |
| 9 | 535 Mission Street, 24th Floor<br>San Francisco, CA  94105 |
| 10 | Telephone:  628-432-5100<br>Email:  mdearborn@paulweiss.com |
| 11 | *Attorneys for Defendant Amazon.com, Inc.* |

HAGENS BERMAN SOBOL SHAPIRO LLP

By s/ *Steve W. Berman*
Steve W. Berman, WSBA #12536
Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER RE: DEADLINE
TO RESPOND TO AMENDED COMPLAINT (2:24-cv-00169-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

Based on the foregoing, the Court GRANTS the Parties' stipulated motion. Amazon's motion to dismiss is due September 18, 2024; Plaintiffs' opposition to Amazon's motion to dismiss is due October 18, 2024; and Amazon's reply is due November 8, 2024.

The Court finds it prudent to revisit the terms of the Stay of Discovery, (Dkt. No. 34,) which is still in effect. Accordingly, the Court ORDERS that by September 3, 2024, the Parties are to meet and confer regarding the stay of discovery and provide a report to the Court. The Parties should discuss and report on the following: (1) whether the stay of discovery should be kept in place pending Amazon's motion to dismiss; and (2) if the stay of discovery were to be lifted, whether the Court should consider any limits on discovery while the motion to dismiss is pending.

IT IS SO ORDERED this 15th day of August, 2024.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER RE: DEADLINE TO RESPOND TO AMENDED COMPLAINT (2:24-cv-00169-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax