# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY TAYLOR and ROBERT SELWAY,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:24-cv-00169-MJP |

__    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to Dismiss is GRANTED, the claims in Plaintiffs' First Amended Complaint are DISMISSED WITH PREJUDICE, and this action is TERMINATED.

Dated January 15, 2025.

Ravi Subramanian
Clerk of Court

s/ Kathleen Albert
Deputy Clerk