UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY TAYLOR and ROBERT SELWAY,<br><br>                    Plaintiffs,<br><br>      v.<br><br>AMAZON.COM, INC.,<br><br>                    Defendant. | CASE NO. 2:24-cv-00169-MJP<br><br>ORDER FOR RESPONSE |

This matter comes before the Court on Plaintiffs' Motion for Reconsideration, (Dkt. No. 53,) which seeks reconsideration of the Court's dismissal order, (Dkt. No. 51.) The Court requests a response from Defendant as to the arguments raised in Plaintiffs' motion. See LCR 7(h)(3). Defendant shall file their response, if any, on or before February 7, 2025.

The clerk is ordered to re-note Plaintiff's Motion for Reconsideration for February 7, 2025, and to to provide copies of this order to all counsel.

//

Dated January 29, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER FOR RESPONSE - 2