

# United States District Court
# Western District of Washington

| JEFFREY TAYLOR et al. |
|---|

Plaintiff(s)

V.

| Amazon.com, Inc. |
|---|

Defendant(s)

Case Number: 2:24-cv-00169-MJP

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Yotam Barkai hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amazon.com, Inc.

The particular need for my appearance and participation is:

Provide subject matter expertise

I, Yotam Barkai understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/31/2025

Signature of Applicant: s/ *Yotam Barkai*

**Pro Hac Vice Attorney**

Applicant's Name: Yotam Barkai

Law Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Street Address 1: 1285 Avenue of the Americas

Address Line 2:

City: New York    State: NY    Zip: 10019-6064

Phone Number w/ Area Code: (212) 373-3452    Bar #: 5199344    State: NY

Primary E-mail Address: ybarkai@paulweiss.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Yotam Barkai is unable to be present upon any date assigned by the court.

Date: 1/31/2025    Signature of Local Counsel: s/ *John A. Goldmark*

Local Counsel's Name: John A. Goldmark

Law Firm Name: Davis Wright Tremaine LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 920 Fifth Avenue, Suite 3300

Address Line 2:

City: Seattle    State: WA    Zip: 98104

Phone Number w/ Area Code: 206-622-3150    Bar #: 40980



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

 I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed 1/31/2025      Signature s/ *Yotam Barkai*
*(Pro Hac Vice applicant name)*